NUMBER 13-06-448-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


BELIN TUCKER, Appellant,


v.



DONALD TOMMY TUCKER, Appellee.

___________________________________________________________________


On appeal from the 275th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam




 Appellant, BELIN TUCKER, perfected an appeal from a judgment entered by the
275th District Court of Hidalgo County, Texas, in cause number F-2985-05-E. After
the clerk's record was filed, appellant filed an unopposed motion to abate the appeal. 
In the motion, appellant states that during a hearing for findings of fact and
conclusions of law in this matter on July 11, 2007, the parties reached an agreement
to settle the case and read their agreement into the record. The parties request that
this Court abate the appeal and remand the case for entry of a Rule 11 agreement in
accordance with their agreement in open court.

 The Court, having examined and fully considered the documents on file and the
unopposed motion, is of the opinion that the motion should be granted. The
unopposed motion is granted. The judgment of the trial court is hereby REVERSED,
and the cause is REMANDED to the trial court in accordance with the parties'
settlement agreement. All pending motions in this cause are dismissed as moot.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 23rd day of August, 2007.